**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

JOCELYN B. WILLIAMS,                          §
                                              §
    *Plaintiff,*                               §
                                              §
v.                                            §          **Civil Action No. 1:22-cv-30**
                                              §
PLAINSCAPITAL BANK,                           §
                                              §
    *Defendant.*                               §

<u>**DEFENDANT'S NOTICE OF REMOVAL**</u>

Pursuant to 28 U.S.C. §§1331 and 1441, Defendant PlainsCapital Bank ("Defendant") removes this action from the 250th Judicial District Court of Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division, and in support thereof would show unto the Court the following:

**I.      STATE COURT ACTION**

1.      On September 2, 2021, Plaintiff Jocelyn B. Williams ("Plaintiff' or "Williams") filed her Original Petition for Declaratory Judgment and Application for Temporary Restraining Order and Injunctive Relief (the "Complaint"), *Jocelyn B. Williams v. PlainsCapital Bank*, Cause No. D-1-GN-21-004612, in the 250th Judicial District Court of Travis County, Texas.

2.      Pursuant to 28 U.S.C. §1446(d), this Notice of Removal will be filed with the 250th Judicial District Court of Travis County, Texas, and a copy of this Notice of Removal will also be served on all parties.

3.      In the State Court Action, Plaintiff alleges causes of action centered around the foreclosure of the real property commonly known as 8405 Kelly Cove, Jonestown, Texas 78645 (the "Property"). Plaintiff brought her lawsuit against Defendant for violation of RESPA,

specifically    12    C.F.R.    §1024.35(b)(9),    12    C.F.R.    §1024.35(b)(10),    12    C.F.R.
§1024.34(e)(3)(i)(B), and 12 C.F.R. §1024.41(g) and requested injunctive relief.

    4.      Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders, and other papers filed in the 250th Judicial District Court and obtained by Defendant are attached hereto. In support of this removal, please find attached as follows:

        **Exhibit A:**    Civil Cover Sheet;

        **Exhibit B:**    Supplement to Civil Cover Sheet;

        **Exhibit C:**    State Court Docket Sheet; and

        **Exhibit D:**    State Court File.

## II.     TIMELINE FOR NOTICE OF REMOVAL

    5.      Defendant has not been served in this action and Plaintiff has not requested service and thus, removal is timely. 28 U.S.C. §1446(b)(1).

## III.     BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

    6.      The Court has original jurisdiction over this action pursuant to 28 U.S.C. §1331 because it involves questions of federal law. Specifically, Plaintiff seeks damages for alleged violation of RESPA, violation of RESPA, specifically 12 C.F.R. §1024.35(b)(9), 12 C.F.R. §1024.35(b)(10), 12 C.F.R. §1024.34(e)(3)(i)(B), and 12 C.F.R. §1024.41(g), et seq.

## IV.    VENUE

    7.      Venue for this Removal is proper in the United States District Court for the Western District of Texas, Austin Division, because this district and division includes Travis County, Texas, which is the location of the pending state court action. 28 U.S.C. §1441(a); 28 U.S.C. §124(d)(1).

## V.    CONCLUSION

WHEREFORE Defendant PlainsCapital Bank removes this action from the 250th Judicial District Court of Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division, so that this Court may assume jurisdiction over the cause as provided by law.

Respectfully submitted,

By:    /s/ *Shelley L. Hopkins*
Shelley L. Hopkins
State Bar No. 24036497
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com

Robert D. Forster, II
State Bar No. 24048470
Crystal G. Gibson
State Bar No. 24027322
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
(972) 341-0734 (Facsimile)
RobertFO@bdfgroup.com
CrystalR@bdfgroup.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

***VIA ECF*:**
James Minerve
13276 N. Hwy. 183, Suite 209
Austin, Texas 78750
jgm@minervelaw.com
**ATTORNEYS FOR PLAINTIFF**

/s/ <em>Shelley L. Hopkins</em>
Shelley L. Hopkins